IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT MARTINSBURG

**JUSTIN PISTORE,**

    **Plaintiff,**

v.                                           Civil Action No. 3:05-CV-123
                                            (Bailey)

**CHRISTOPHER M. ROPER,**
**Individually and in his Official Capacity, and,**
**CHARLES C. COLE, SR.,**
**Individually and in his Official Capacity,**

    **Defendants.**

## ORDER MODIFYING SCHEDULING ORDER

For reasons appearing to the Court, it is hereby **ORDERED** that the July 16, 2007, **pretrial conference** previously set by Order dated February 8, 2007 [Doc. 60], will now be held on **July 30, 2007, at 2:00 pm**. This pretrial conference, originally scheduled to be held at the Wheeling District Courtroom, South, will now be held at the Martinsburg District Courtroom.

It is so **ORDERED**.

The Clerk is directed to transmit true copies of this order to all counsel of record.

**DATED:** July 12, 2007.

                                                    JOHN PRESTON BAILEY
                                                    UNITED STATES DISTRICT JUDGE