# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**JUSTIN PISTORE,**

    Plaintiff,

v.                                              Civil Action No. 3:05-CV-123
                                              (Bailey)

**CHRISTOPHER M. ROPER,**
**Individually and in his Official Capacity, and,**
**CHARLES C. COLE, SR.,**
**Individually and in his Official Capacity,**

    Defendants.

## ORDER GRANTING JOINT MOTION FOR EXTENSION
## OF DEADLINES AND CONTINUANCE OF TRIAL

This matter came before the Court for consideration of the parties' Joint Motion for Extension of Deadlines and For Continuance of Trial [Doc. 92] filed on July 12, 2007. As noted in the motion, the parties' discovery has delayed the progress of the case. As such, the parties request that the Court enter an amended scheduling order extending the discovery completion deadline, mediation deadline, pretrial conference, and trial. Finding good cause, the parties' **Joint Motion for Extension of Deadlines and Continuance of Trial [Doc. 92]** is **GRANTED**. It is further **ORDERED** that:

1. All discovery in this matter shall be completed by August 15, 2007;

2. All dispositive motions shall be filed by August 27, 2007, with responses due by September 10, 2007, and replies due by September 17, 2007;

3. Motions in limine, disclosures under Fed. R. Civ. Pro. 26 (a) (3), voir dire, jury instructions, and verdict forms shall be submitted by August 31, 2007, with

Page 1 of 2

objections due by September 7, 2007;

4. **Mediation** shall be completed by September 1, 2007;

4. The parties shall submit their joint pretrial order by September 21, 2007;

5. A **Pretrial Conference** will be held **Monday, October 1, 2007, at 3:00 p.m.**;

6. The **trial** will now be held on **October 16, 2007**, beginning at **8:30 a.m.** each day.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record.

**DATED:** July 20, 2007.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE