**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**JUSTIN PISTORE,**

    Plaintiff,

v.                                                                         **Civil Action No. 3:05-CV-123
(BAILEY)**

**CHRISTOPHER M. ROPER,
Individually and in his Official
Capacity, and, CHARLES C. COLE,
SR., Individually and in his official Capacity,**

    Defendants.

## ORDER CONTINUING TRIAL AND
## RESETTING MEDIATION DATES

On August 13, 2007, a related case, ***Humphreys Aguilar v. Roper, et al.*** (Civil Action No. 3:06-cv-58), came before the Court for a pretrial conference. Having all counsel present for both cases, the parties were able to discuss trial dates in both civil actions. In the pretrial conference, the parties renewed their joint motion to continue trial to allow for additional depositions to be conducted. Finding good cause, the Court granted the motion to continue, and ordered that trial in that matter be continued until October 16, 2007. As such, the previously-scheduled October 16, 2007, **trial** in *Pistore v. Roper* (Civil Action No. 3:05-cv-123), will now commence on **October 23, 2007, at 8:30 a.m.**

As a final matter, the plaintiff moved the Court to set a new mediation deadline. The Court thereby **ORDERED mediation** to be completed **on or before September 28, 2007**, in **both** civil actions. There being no further business, the Court adjourned the matter.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED:** August 15, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE